EDWARD B. THOMPSON, Appellant, v. CARL W. HAMILTON
          et al., Respondents.

*Libel — complaint properly dismissed.*

*Thompson* v. *Hamilton,* 189 App. Div. 937, affirmed.

(Submitted June 2, 1920; decided July 7, 1920.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered November 28, 1919, affirming a judgment in
favor of defendants entered upon an order of Special
Term granting a motion by defendants for judgment
in their favor upon the pleadings in an action for libel.
The alleged libel read as follows: " The Visayan Refining
Company's cocoanut oil mill began to operate upon a
commercial basis on May 29, 1916.   It was expected that
this mill would have a capacity of 69 tons of oil per day,
but up to the time of the departure of E. P. Thompson,
its first manager, the largest daily run was 53.2 tons.
This mill has always used Anderson expellers for the first
pressing of copra meal and Buckeye hydraulic presses for
the subsequent extraction of the largest possible amount
of cocoanut oil from the expeller cake.   In the early days
of its operation there was inaugurated, in accordance with
Mr. Worcester's earnest recommendation, a careful
scientific investigation into the mechanical and chemical
problems involved in the commercial production of
cocoanut oil with a view to increasing the amount and
improving the quality of the mill's output.   This investi-
gation has continued uninterruptedly up to the present
time with the result that a mill which, at the outset, could
not be driven hard enough to produce more than 40 tons
of oil per day now readily maintains a daily output of 120
tons.   This change is primarily due not to the installation
of additional machinery, only two expellers having thus
far been added to the ten originally installed, but to
improvements in the manufacturing process which have
resulted from the investigation above referred to."   The
complaint alleged that the meaning of this article was
that the plaintiff was incompetent, inefficient and unreli-

able and that due to these failings in ·the plaintiff the defendants' mill was not properly constructed, conducted or operated, and that by reason of said publication plaintiff has been injured in his good name.

*Eugene D. Boyer* and *David C. Lewis* for appellant.
*Martin Taylor* and *Almet F. Jenks, Jr.*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.